COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-16-00201-CR |
| Style: | Cristen Coons |
| | **v**. The State of Texas |
| Date motion filed: | March 16, 2016 |
| Type of motion: | Motion to Withdraw |
| Party filing motion: | Keith Gross, Attorney for Appellant |
| Document to be filed: | |

Is appeal accelerated?     No

If motion to extend time:

Original due date:

Number of previous extensions granted: _____ Current Due date: _____

Date Requested: _____

Ordered that motion is:

☒     **Granted**

      If document is to be filed, document due:

      ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed

☐     Other: _____

Appellant's retained counsel, Keith Gross, has filed a motion to withdraw as appellate counsel. *See* TEX. R. APP. P. 6.5. After this Court abated the appeal, the trial court found and concluded that appellant is indigent and entitled to appointed counsel for purposes of appeal, and appointed Jared Robinson to represent appellant on appeal. The motion to withdraw is **granted**. The Clerk of this Court is directed to note on the docket of this Court Keith Gross's withdrawal from representing appellant and Jared Robinson as appellant's lead counsel.

Judge's signature:     /s/ Russell Lloyd
      ☑ Acting individually     ☐ Acting for the Court

Date:  May 24, 2016